IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00749-ZLW-MJW

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for
Long Beach Mortgage Loan Trust 2004-2,

      Plaintiff,

v.

CHARLES G. STEINBECK, and any and all other occupants
claiming an interest under the defendants,

      Defendants.

---

ORDER REMANDING ACTION TO STATE COURT

---

On April 27, 2006, the Court ordered Defendant to show cause why this action should not be summarily remanded to state court pursuant to 28 U.S.C. § 1446(c)(4) for lack of subject matter jurisdiction.  Defendant's May 12, 2006, response to the Court's Order indicates that Defendant is asserting subject matter jurisdiction based on a federal question pursuant to 28 U.S.C. § 1331.  Federal question jurisdiction is limited to those controversies that, based on the face of the plaintiff's complaint, clearly pose a federal question.[1]  Plaintiff's Complaint in this case raises no issue of federal law.  Accordingly, it is

---

[1] See Franchise Tax Board v. Construction Laborers Vacation Trust, 463 U.S. 1, 27-28 (1983).

ORDERED that this action is summarily remanded to the County Court of Arapahoe County, Colorado, pursuant to 28 U.S.C. § 1446(c)(4).

DATED at Denver, Colorado, this  15   day of May, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court