IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00749-ZLW-MJW

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for
Long Beach Mortgage Loan Trust 2004-2,

      Plaintiff,

v.

CHARLES G. STEINBECK, and any and all other occupants
claiming an interest under the defendants,

      Defendants.

---

## ORDER

---

      The matter before the Court is Defendant's Motion To Reconsider Court's Order Remanding Action Or Alternatively Remand To Appropriate Court.  In general, "a case may not be removed to federal court solely because of a defense or counterclaim arising under federal law."[1]  There is an exception to this rule under 28 U.S.C. § 1443, "which allows removal to address the violation of a right to racial equality that is unenforceable in state court."[2]  However, neither Defendant's notice of removal nor any of his other filings presents an allegation of a violation of a right to racial equality that is unenforceable in state court.  Accordingly, it is

---

[1] Topeka Hous. Auth. v. Johnson, 404 F.3d 1245, 1247 (10th Cir. 2005).

[2] Hunt v. Lamb, 427 F.3d 725, 727 (10th Cir. 2005), citing Georgia v. Rachel, 384 U.S. 780, 792 (1966).

ORDERED that Defendant's Motion To Reconsider Court's Order Remanding Action Or Alternatively Remand To Appropriate Court (Doc. No. 12) is denied to the extent that Defendant is seeking reconsideration of the Court's May 16, 2006, Order Remanding Action To State Court.  To the extent that Defendant is asking the Court to remand the action to state court, the motion is moot because Court already has done so in its May 16, 2006, Order.

It is strongly recommended that plaintiff obtain legal counsel.  Plaintiff is particularly referred to the Colorado Bar Association's Bar Referral Service, 899 Logan, #408, Denver, CO  80203 (303-831-8000), for assistance in locating an attorney.  If he cannot afford an attorney, plaintiff is referred to the Legal Aid Society of Metropolitan Denver, 1905 Sherman Street, 4th Floor, Denver, CO  80203 (303-837-1313) and the Metro Volunteer Lawyers, 1905 Sherman Street, 4th Floor, Denver, CO  80203 (303-830-8210).

DATED at Denver, Colorado, this __1__ day of June, 2006.

BY THE COURT:

ZITA L. WEINSHIENK,  Senior Judge
United States District Court